Mary F. Power, Executrix of Estate of John F. Power, Deceased, Appellant, v. City of Chicago, Theresa Power et al., Appellees.

**Gen. No. 46,567.** ■■■■■■■■

First District, Second Division.

May 17, 1955.

Rehearing denied June 1, 1955.

Released for publication June 30, 1955.

John F. Power, Jr., for appellant; Robert M. Moore, and R. James Baylor, of counsel; John J. Mortimer, Corporation Counsel of City of Chicago, for appellee; L. Louis Karton, and Harry H. Pollack, of counsel. Opinion by JUSTICE ROBSON. **Not to be published in full.**